This document contains some pages that are of poor quality at the time of imaging. 55,687-05

Milton Veran Williams #399375 (ODOC)
Jim E. Hamilton Correctional Center
Unit #1B - Cell #36B - Box #395
53468 Mineral Springs Road
Hodgen, OKla. 74939

02/02/15

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 17 2015
Abel Acosta, Clerk

RE: Writ No. W9573890-(A); Ex Parte Milton Williams - See also (State of Texas vs. Milton Veran Williams); Case No. F9573890-(NL). Request for TCCA to issue a writ of mandamus.


Clerk of the Texas Supreme Court,

   Enclosed is a request for the Texas Court of Criminal Appeals to issue a writ of mandamus to the Dallas County District Court No. 5's Court Clerk (Fitzsimmons) to respond to the above stated petitioner's numerous previously filed correspondants requesting a certified copy of both above stated causes docket sheets of the entire proceedings. Also, enclosed is a motion to proceed informa pauperis in petitioner's request for this Court for said requested writ of mandamus.
   In the year of July 24, 1995 sentencing was never imposed and layed in abateness until the year of 2003 where petitioner filed the above stated writ to the judge Manny Alverza requesting whether or not a judgment had been issued and the date sentencing was officially imposed. The State of Oklahoma used the above stated Texas case as an after former conviction on June 06, 2002 under (State of Oklahoma vs Milton Veran Williams); Case No. CF-01-11 when the said Texas case was not an After Former Conviction. I just need the Texas Court to state the date sentencing was imposed inorder to be release from said Oklahoma conviction. Thank you in advance.
(See Exh. #4 of enclosed writ of mandamus)

Sincerely Submitted,
/s/ Milton V. Will #399375 (ODOC)

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

MILTON VERAN WILLIAMS,                )
                                      )
         Petitioner,                  )
                                      )
                                      )
vs.                                   )        Case No. _____
                                      )        Dallas County District Co. No. 5
                                      )        Writ No. W9573890-(A)
DALLAS COUNTY DISTRICT COURT          )        See also Case No. F9573890-NL;
NO. 5, COURT CLERK, etal.,            )        (State of Texas vs. Milton Veran
                                      )        Williams).
         Respondant(s).               )

## WRIT OF MANDAMUS

COMES NOW, Petitioner (Milton V. Williams) (pro se), files the foregoing pleading requesting that this Honorable Court issue instructions to the above stated respondants to respond to petitioner's January 16, 2015 filed pleading under the above style cause where petitioner requested from the respondant the entire proceedings docket sheet and a clarification to the previously filed February 07, 2003 order Designating Issues signed by the Honorable Judge Manny Alverza. (See attached Exh. #3). See, e.g., McNeil v. Guthrie, 945 F.2d 1163, 1165 (10th Cir. 1991).

Wherefore, premises considered, petitioner request the above stated relief be Granted, and state date sentence imposed. (See also attached Exh. #4).

Respectfully Submitted,
/S/ Milton V. Will #399375
Milton Veran Williams #399375 (OOOC)
Jim E. Hamilton Correctional Center
53468 Mineral Springs Road
Hodgen, Okla. 74939

Page    1    of    2

## CERTIFICATE OF MAILING

I, hereby certify, that a true and corrected copy of the foregoing pleading was mailed on the 12th day of February, 2015, through the U.S. Postal Service, postage prepaid, to the below listed parties:

COURT OF CRIMINAL APPEAL
FOR THE STATE OF TEXAS
ATTN: CLERK OF THE COURT
201 WEST 14th St. - Rm. #106
AUSTIN, TEXAS

DALLAS COUNTY DISTRICT COURT NO. 5
ATTN: COURT CLERK (Fitzsimmons)/Judge Manny Alverza
133 N. INDUSTRIAL BLVD.,
DALLAS, TEXAS 75207

Milt V. Ich #399375 (ODOC)
(Affiant)

Page 2 of 2

EXHIBIT #9

WRIT NO. W 95 73890-(A)

| | | |
|---|---|---|
| EX PARTE | § | IN THE CRIMINAL |
| *Milton Williams* | § | DISTRICT COURT NO. 5 OF |
| | § | DALLAS COUNTY, TEXAS |

## ORDER DESIGNATING ISSUES

Having reviewed the Applicant's Application for Writ of Habeas Corpus, the Court finds that there are controverted, previously unresolved issues of fact which are material to the legality of the Applicant's confinement.

The Court appoints FRED C. MCDANIEL to resolve the issues and prepare findings of fact and conclusions of law for the Court. The issues may be resolved by affidavits, depositions, interrogations, hearings and/or personal recollection.

The Clerk of the Court is ORDERED to send a copy of this order to the Court of Criminal Appeals, Applicant, or Applicant's counsel if the Applicant is represented by counsel, and to counsel for the State.

SIGNED AND ENTERED this 7 day of Feb , 2001.

_____
JUDGE

THE STATE OF TEXAS
COUNTY OF DALLAS

I, Jim Hamlin, District Clerk of Dallas County, Texas, do hereby certify that the foregoing is a true and correct copy as the same appears on record now on file in my office.

Witness my official hand and seal of office, this 2/11/03 .

_____ CLERK

EXHIBIT #4

OKLAHOMA DEPARTMENT OF CORRECTIONS
RECEIPT FOR PRISONER/DOCUMENTS/DETAINER

*Inmate*

Name and Address of Other Agency: *Dallas Co Sheriff*

Name and Address of Institution/CCC: *Dick Conner Corr. Center*

RE: *Milton Williams*

JUDGEMENT/WARRANT/ORDER: *F 957389 OL*

YOUR REF:

OFFENSE:

OUR REF: *399375*

TERM: *Warrant Dropped*

THE PARAGRAPH(S) CHECKED BELOW INDICATE(S) OUR DISPOSITION OF THE JUDMENT/WARRANT/ORDER:

___ RECEIVED AS NEW RECEPTION/PAROLE VIOLATOR.

___ A DETAINER HAS BEEN FILED AGAINST HIM/HER IN YOUR FAVOR. THE PRISONER'S CURRENT RELEASE DATE IS

_____, AND HIS/HER PAROLE ELIGIBILITY DATE IS _____.

WE WILL NOTIFY YOU APPROXIMATELY 30 DAYS PRIOR TO RELEASE.

___ PRISONER WILL BE HELD FOR SERVICE ON THE ABOVE JUDGEMENT AND SENTENCE.

___ FORM I OF THE AGREEMENT ON DETAINER IS BEING SERVED ON THE PRISONER.

☒ WE ARE RETURNING THE WARRANT YOU FILED AS A DETAINER AGAINST THE ABOVE NAMED, WHICH HAS BEEN WITHDRAWN IN

COMPLIANCE WITH YOUR REQUEST OF *2-5-04*.

___ OUTWITNESS PRISONER RELEASED/RECEIVED BY OKLAHOMA DEPARTMENT OF CORRECTIONS.

___ PRISONER RELEASED ON/RETURNED FROM APPEAL BOND.

___ OTHER _____

BY: _____ DATE AND TIME: *2-9-04*
Signature and Title of Receiving Official

DISTRIBUTION:
    Original    Other Agency
    1st Copy    Inmate
    2nd Copy    Field File

060211B/FORMS

DOC 060211B (4-93)

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

MILTON VERAN WILLIAMS,          )
                                )
        Petitioner,             )
                                )
VS.                             )    Case No. _____
                                )    Dallas County Dist. Co. No. 5
DALLAS COUNTY DISTRICT COURT    )    Writ No. W9573890-(A)
NO. 5, COURT CLERK, etal.,      )    See also Case No. F9573890-NL,
                                )    (State of Texas vs. Milton Veran
        Respondant(s).          )    Williams).

### MOTION TO PROCEED INFORMA PAUPERIS

Comes Now, Petitioner (Milton V. Williams) (pro se), files the foregoing pleading attesting that he is poor without means to the filing fee. Petitioner has -0- in his prison trust fund account and receives no incoming funds deposited in his prison account that is not automatically deducted. (See, e.g., attached Exh. #1).

Wherefore, premises considered, petitioner request the Court allow him to proceed informa pauperis in his filed writ of-mandamus.

Respectfully Submitted,
/S/ Milton V. Williams #399375
Milton Veran Williams #399375 (ODOC)
Jim E. Hamilton Correctional Center
53468 Mineral Springs Road
Hodgen, Okla. 74939

Page  1  of  2

## CERTIFICATE OF MAILING

I, hereby certify, that a true and corrected copy of the foregoing pleading was mailed on the 12th day of February, 2015, through the U.S. Postal Service, postage prepaid, to the below listed parties:

COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS - SUPREME COURT BLGB. - P.O. BOX 12308
ATTN: CLERK OF THE COURT
201 WEST 14th STREET - RM. #106
AUSTIN, TEXAS

DALLAS COUNTY DISTRICT COURT NO.5
ATTN: COURT CLERK (Fitzsimmons)
133 N. INDUSTRIAL BLVD.,
DALLAS, TEXAS 75207

Mutt V. Avch #349375 (CDOC)
(Affiant)

EXHIBIT #1

## ODOC
## Offender Statement Report

Verified: _____

| Offender# | Offender/Group Name | Institution | Unit | Cell/Bed | |
|---|---|---|---|---|---|
| 0399375 | WILLIAMS, MILTON | OSP | UNIT H NW | QUAD 2 NW2B-CELL B | |

### Transaction List

| Transaction Date | Transaction Type | Source Document # | Receipt#/Check# | Sender Name | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 02/01/2011 | BEGINNING BALANCE | | | | | $37.33 |
| 02/04/2011 | OUTSIDE SOURCE | 1001004812 | 23564 | DAVIS CORR FACILITY | $26.49 | $63.82 |
| 02/04/2011 | LEGAL COPAY | | | | ($26.49) | $37.33 |

### Summary Balances

| Available Balance | Savings Balance | Debt Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|
| $0.00 | $37.33 | $0.00 | $0.00 | $0.00 | $0.00 | $37.33 |

2

IN THE COURT OF CRIMINAL APPEALS
[. FOR THE STATE OF TEXAS,

MILTON VERAN WILLIAMS,                )
                                      )
        Petitioner,                   )
                                      )
                                      )
VS.                                   )        Case No. _____
                                      )        Dallas County Dist. Co. No. 5
DALLAS COUNTY DISTRICT COURT          )        Writ No. W9573890-(A);
NO. 5, COURT CLERK, et al,            )        See also Case No. F9573890-(NL);
                                      )        (State of Texas vs. Milton Veran
        Respondant (S)                )        Williams).

## WRIT OF MANDAMUS

   COMES NOW, Petitioner (Milton V. Williams) (pro se), files the fore-
going pleading requesting that this Honorable Court issue instructions
to the above stated respondant to respond to petitioner January
20, 2015 filed pleading under Case No. F95-73890NL; (Stateu of
Texas vs. Milton Veran Williams) and/or Writ No. W9573890-(A); (EX
PARTE MILTON WILLIAMS) requesting the entire proceedings docket
sheets and clarification to the previously filed February 07, 2003
Order Designating Issues by Judge Nanny Alverza in the above stated
writ. See, e.g., McNeil v. Guthrie, 945 F.2d 1163, 1165 (10th Cir. 1991).
   Wherefore, premises considered, petitioner request the above stated
be granted, and state date sentence imposed.

                        Respectfully Submitted,
                        /s/ ____Milt V. Will____ #399375
                        Milton Veran Williams #399375 (DDOC)
                        Jim E. Hamilton Correctional Center
                        53468 Mineral Springs Road
                        Hodgen, Okla. 74934